'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOWARD OSIBAMOWO,

               Petitioner,

   v.

ERIC ARNOLD, Warden,

               Respondent.

No.  CV 17-1192-CAS (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation.  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that

(1)    Petitioner's motion to dismiss without prejudice the unexhausted claims – Subclaim 6 of Ground One, Subclaims 2 and 3 of Ground Five, Subclaim 2 of Ground Seven, and Ground Nine - is granted;

(2)    Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing the action with prejudice.

DATED:   May 5, 2020

                                CHRISTINA A. SNYDER
                                United States District Judge